UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal Docket No.: 20 CR 400 (JSR) |
| Plaintiff, | : |
| v. | : |
| | : |
| JOSE MORELY CHOCRON, | : |
| a/k/a "Pepe" | : |
| Defendant. | : |
| | : |

---

## PROPOSED ORDER

**UPON** application of Howard B. Brownstein, Esq., of BROWNSTEIN & ASSOCIATES, PC, on behalf of defendant Jose Morely Chocron; and with the consent of Benet Jeanne Kearney, Assistant United States Attorney, Southern District of New York representing the United States of America, and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant, Jose Morely Chocron was sentenced before the Court on August 27, 2021.

2. The defendant is scheduled to surrender voluntarily on October 29, 2021 to serve his sentence at FCI Coleman.

3. To self-surrender for his term of incarceration, the defendant shall travel via airplane from New York to Florida and needs valid identification to do so.

4. The defendant does not possess any other valid identification aside from his passport.

5. Pre-Trial Services shall release the defendant's passport to his wife, Katiuska Cohen de Morely, Thursday, October 28, 2021 in the morning.

6. The defendant shall depart New York on Thursday, October 28, 2021, via Delta Air Lines, Non-Stop Flight Number 1660, from John F. Kennedy Airport at 3:30 pm, and shall arrive at Orlando International Airport at 6:30 p.m. [See annexed itinerary]

7. The defendant shall continue to be monitored via GPS by Pre-Trial Services at all times until he self-surrenders to FCI Coleman. Additionally, the defendant was initially released on a $750,000 secured bond by three properties worth approximately $3 million dollars.

8. The defendant shall stay at the Hyatt Regency Orlando Hotel once he arrives in Orlando, Florida. [See annexed reservations]

9. The defendant shall travel with his wife to FCI Coleman from Hyatt Regency Orlando Hotel via Uber.

10. The defendant shall self-surrender to FCI Coleman by 12:00 pm on October 29, 2021.

11. Katiuska Cohen de Morely shall be leave defendant's passport in the custody of FCI Coleman or return it to Pre-Trial Services Orlando on October 29, 2021.

**WHEREFORE, IT IS ORDERED and ADJUDGED** that the passport belonging to the defendant, Jose Morely Chocron, shall be released by Pre-Trial Services to the defendant's wife, Katiuska Cohen de Morely for purposes of travel on October 28, 2021, and it is further

**ORDERED and ADJUDGED** that Katiuska Cohen de Morely shall leave the defendant's passport with FCI Coleman or return to Pre-Trial in Orlando, on October 29, 2021.

**DONE AND ORDERED** in at the United States District Courthouse in the Southern District of New York, this 27th day of October 2021.

_____
HONORABLE JED S. RAKOFF
United States District Judge

Consented hereto by: _____
Benet J. Kearney, Assistant United States Attorney
Southern District of New York